

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

**MEMO ENDORSED**

September 6, 2023

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

    **Re:**    *Murphy v. North Park University,* **Civil Action No.: 1:23-cv-06159-JHR-OTW**

Dear Judge Wang:

    This firm represents Defendant North Park University ("Defendant") in the above-referenced action.  We write to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including September 23, 2023.

    By way of background, Plaintiff commenced this action on July 17, 2023.  (ECF No. 1.)  Defendant was served with the Complaint on August 3, 2023. (ECF No. 8.)  Accordingly, Defendant's deadline to respond to the Complaint was August 24, 2023.  While Defendant obtained Plaintiff's consent for a 30-day extension of this deadline before contacting the undersigned, based on insurance coverage-related issues, the undersigned was not engaged until September 5, 2023, and thereafter contacted Plaintiff to confirm the extension.

    Plaintiff has agreed to extend this deadline by thirty (30) days from the original deadline, up to and including September 23, 2023.  Defendant apologizes to the Court for filing this application after the expiration after the original deadline.

    This is the first request for an extension of this deadline which, if granted, will not affect any other scheduled dates.  The reason for this request is to provide additional time for Defendant to investigate the allegations in order to respond to the Complaint, and for the parties to explore the possibility of a non-litigated resolution.

    We thank the Court in advance for its time and attention to this matter.

**SO ORDERED:**

Application GRANTED.

_____
Ona T. Wang           9/11/23
United States Magistrate Judge



Hon. Ona T. Wang
September 6, 2023
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record