

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

**MEMO ENDORSED.**

September 19, 2023

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007-1312

Re:   *Murphy v. North Park University*, Civil Action No.: 1:23-cv-06159-JHR-OTW

Dear Judge Wang:

      This firm represents Defendant North Park University ("Defendant") in the above-referenced action.  We write, with Plaintiff's consent, to respectfully request a 30-day extension of time for Defendant to respond to the Complaint, up to and including October 23, 2023.

      By way of background, Plaintiff commenced this action on July 17, 2023.  (ECF No. 1.)  Defendant was served with the Complaint on August 3, 2023. (ECF No. 8.)  Accordingly, Defendant's deadline to respond to the Complaint was August 24, 2023.  On September 11, 2023, the Court granted Defendant's first request for an extension of this deadline, making Defendant's responsive pleading due September 23, 2023.

      This is the second request for an extension of this deadline which, if granted, will not affect any other scheduled dates, including the Initial Pretrial Conference scheduled for November 2, 2023 (ECF No. 12.)  The reason for this request is to provide additional time for Defendant to continue to investigate the allegations in the Complaint, and for the parties to discuss the possibility of a non-litigated resolution. We have communicated with counsel for Plaintiff, and Plaintiff consents to this request.

      We thank the Court in advance for its time and attention to this matter.



Hon. Ona T. Wang
September 19, 2023
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang          9/20/23
U.S.M.J.