UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JAMES MURPHY, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

NORTH PARK UNIVERSITY,

        Defendant.

------------------------------------- x

No.: 1:23-cv-6159

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), JAMES MURPHY, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, NORTH PARK UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       November 7, 2023

                                                          **GOTTLIEB & ASSOCIATES**

                                                          */s/Michael A. LaBollita, Esq.*

                                                 Michael A. LaBollita, Esq., (ML-9985)
                                                             150 East 18th Street, Suite PHR
                                                                      New York, NY 10003
                                                                            Phone: (212) 228-9795
                                                                               Fax: (212) 982-6284
                                                                         Michael@Gottlieb.legal

                                                                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge